791 A.2d 218

FAIR SHARE HOUSING CENTER, INC., PLAINTIFF–MOVANT, v. TOWNSHIP OF CHERRY HILL, ET AL., DEFENDANTS–RE-SPONDENTS, AND REALEN–TURNBERRY/CHERRY HILL, L.L.C., INTERVENOR–RESPONDENT.

January 30, 2002.

## ORDER

Direct certification is granted, certification to Supreme Court, Law Division, Camden County.